UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00162-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDRE JONES | ORDER TO RELEASE DEFENDANT ON COMPASSIONATE FURLOUGH |

This matter comes before the Court by unopposed motion of the Defendant to grant him an 8-hour furlough from the Harnett County Detention Center for purposes of attending his mother's funeral in Wilson, North Carolina. For good cause shown, it is hereby ORDERED that the requested 8-hour furlough is GRANTED.

The Defendant shall be released from the Harnett County Detention Center at 11:00 a.m. on Thursday, July 5, 2018, for the sole purpose of attending the funeral service and burial ceremony for his mother in Wilson, North Carolina. At all times during that day, the Defendant shall remain in the custody of his sister, Kennecia Jones, and girlfriend, Courtney Anderson. The Defendant's sister and Ms. Anderson shall return the Defendant to the Harnett County Detention Center by no later than 7:00 p.m. on Thursday, July 5, 2018.

**SO ORDERED.**

This 2 day of July, 2018.

JAMES C. DEVER III
Chief United States District Judge