IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-162-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANDRE JONES, | ) | |
| | ) | |
| Defendant. | ) | |

On July 6, 2020, and August 21, 2020, Andre Jones ("Jones or "defendant") moved pro se for early release due to COVID-19. See [D.E. 42, 43]. On January 29, 2021, Jones was released from the Bureau of Prisons. See Find an Inmate, Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (search name field for "Andre Jones") (last visited Apr. 19, 2021). In light of defendant's release, the motions for a reduction of sentence [D.E. 42, 43] are DISMISSED AS MOOT.

SO ORDERED. This 19 day of April 2021.

JAMES C. DEVER III
United States District Judge