UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Andre Jones**  Docket No. 5:18-CR-162-1D

### Petition for Action on Supervised Release

COMES NOW Timothy L. Gupton, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Andre Jones, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on January 25, 2019, to the custody of the Bureau of Prisons for a term of 37 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Andre Jones was released from custody on February 1, 2021, at which time the term of supervised release commenced in the Northern District of Georgia.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On August 10, 2021, Jones was arrested by Dekalb County, Georgia, Police Department, and was charged with Theft by Shoplifting. He received an unsecured bond and was released the same day. On August 12, 2021, Jones notified Northern District of Georgia United States Probation Officer Derrika Richardson he was questioned by law enforcement regarding his female friend who had been caught stealing from her job at the mall. He reported officers cited him because they believed he was working with the female.

According to the incident report obtained by the probation office, on August 10, 2021, an officer working at the Dillard's received notification that a black male, later identified as Andre Jones, had placed a 3-pack of Polo shirts, valued at $42.50, into his pants and made his way towards the south exit. The officer subsequently made contact with Jones, and attempted to escort him to the second floor to attempt to gather information. While escorting him, Jones stopped walking, admitted he had placed the item inside of his pants, and removed the item from his pants. The officer reported Jones then threw the item at him and attempted to flee towards the exit of the store. Jones was eventually apprehended before leaving and was taken into custody.

Based on this criminal conduct, a 120-day period of Location Monitoring (Home Detention with GPS technology) has been recommended by the Northern District of Georgia Probation Office. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. You must participate in the Location Monitoring Program for a period of 120 days and you must abide by all program rules and requirements. You must pay all or part of the costs of the program based upon your ability to pay as determined by the probation officer. The type of location monitoring technology will be at the discretion of your probation officer and shall be used to monitor the following restrictions on your movement in the community as well as other conditions of release:

Andre Jones
Docket No. 5:18-CR-162-1D
Petition for Action
Page 2

2. You must participate in the home detention program and abide by all requirements of the program, which shall include the use of electronic monitoring equipment or other location verification system. You shall be restricted to your residence at all times except for employment; education; religious service; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the Court or probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Timothy L. Gupton
Timothy L. Gupton
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Executed On: September 17, 2021

## ORDER OF THE COURT

Considered and ordered this __20__ day of __September__, 2021, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge